PER CURIAM.

(No. 75-CC-104–)

PSYCHIATRIC EVALUATION AND TREATMENT CENTER Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed October 18, 1974.*

PSYCHIATRIC EVALUATION AND TREATMENT CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.